**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

SAMMY HOWARD,                                 :

     Plaintiff,                              :

vs.                                           :          CA 14-0266-WS-C

ALABAMA DEPARTMENT OF                         :
CORRECTIONS, et al.,

     Defendants.                             :

**<u>ORDER</u>**

After due and proper consideration of the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated December 9, 2014 is **ADOPTED** as the opinion of this Court.

**DONE** this 27th day of January, 2015.

<u>**s/WILLIAM H. STEELE**</u>
**CHIEF UNITED STATES DISTRICT JUDGE**