IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

SAMMY HOWARD,                             :

   Plaintiff,                             :

vs.                                       :     CA 14-0266-WS-C

ALABAMA DEPARTMENT OF                     :
CORRECTIONS, et al.,
                                          :
   Defendants.

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that this action is due to be, and hereby is, **DISMISSED WITHOUT PREJUDICE**.

**DONE** this 27th day of January, 2015.

        s/WILLIAM H. STEELE
        **CHIEF UNITED STATES DISTRICT JUDGE**